NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.R.P.,                                      )
                                             )
              Appellant,                     )
                                             )
v.                                           )        Case No. 2D17-3908
                                             )
STATE OF FLORIDA,                            )
                                             )
              Appellee.                      )
                                             )
_____)

Opinion filed September 4, 2019.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

Anthony M. Candela of Candela Law Firm,
P.A., Riverview, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


VILLANTI, MORRIS, and SALARIO, JJ., Concur.